THE PEOPLE ex rel. PATRICK VAUGHAN et al., Appellants, *v.* THE BOARD OF SUPERVISORS OF RENSSELAER COUNTY, Respondent.

(Argued January 21, 1890; decided February 25, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 8, 1889, which affirmed a judgment in favor of defendant entered upon an order dismissing the proceeding on trial at Circuit.

*James Lansing* for appellants.

*R. A. Parmenter* for respondent.

Agree to affirm ; no opinion.
All concur, except RUGER Ch. J., not voting.
Judgment affirmed.

---

MARY COSTELLO, Respondent, *v.* THE SECOND AVENUE RAILROAD COMPANY, Appellant.

(Argued January 24, 1890; decided February 25, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made May 10, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Waldo Hutchins, Jr.,* for appellant.

*George Washbourne Smith* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.